AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|   | ) | Case No. 13-20264-SHM-tmp |
| DARIN YOUNG | ) | |
| aka DARIN FLEMING | ) | |
| Defendant | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __07/11/2013__ in the county of __Shelby__ in the __Western__ District of __Tennessee__, the defendant violated __18__ U. S. C. § __871__ an offense described as follows:

Knowingly and willfully threatening to take the life of and inflict bodily harm upon the president of the United States

This criminal complaint is based on these facts:
See attached

☑ Continued on the attached sheet.

_Complainant's signature_

Reginald Johnson
_Printed name and title_

Sworn to before me and signed in my presence.

Date: July 25, 2013

s/Diane K. Vescovo
_Judge's signature_

U.S. Magistrate Judge
_Printed name and title_

City and state: Memphis, Tennessee

## AFFIDAVIT

### AFFIDAVIT OF REGINALD JOHNSON

My name is Reginald Johnson, and I am a special agent with the United States Secret Service and have been so for approximately five (5) years. Among my duties are investigating threats against the President of the United States.

Information in this Affidavit is based on my own investigation and the investigation of other State, local and other federal law enforcement officers who are assisting me in this case. This Affidavit does not dictate the entirety of the investigative facts known to me, but is submitted for the purpose of establishing probable cause to obtain an arrest warrant for DARRIN YOUNG, aka DARRIN FLEMING, male/black, xx-xx-74, for a violation of 18 U. S. C. § 871 (Threats against the President of the United States).

A woman named Tabitha Gentry is currently incarcerated in the Shelby County jail. She is charged with Aggravated Assault on two police officers and Theft of Property over $250,000, due to her occupation of a house she did not own on Shady Grove Road in Memphis, Tennessee. She is also charged with evading arrest. Shelby County District Attorney investigators regularly review Gentry's recorded outgoing phone calls from the Shelby County Jail.

On or about July 11, 2013, investigators listening to a conversation between Gentry and a male believed to be YOUNG/FLEMING, overheard YOUNG/FLEMING make what appeared to the deputies to be a threat against Barack Obama, President of the United States. Shelby County investigators forwarded a copy of the recording to the United States Secret Service.

I have personally listened to this recording on multiple occasions. It contains a male voice and a female voice. At the beginning of the call, the female identifies herself as Tabitha.

1

At the outset of the conversation, the two discuss their frustration with Gentry's inability to obtain a bond.

The male voice in the recording then states that he has "a plan." During the course of this conversation, the male states that they are going to "burn" Barack Obama, that they are going to "kill" him (President Obama) and that they are going "murk" him (President Obama) and the Justice Department. Murk is street slang for murder. The male voice on the recording subsequently says "We gonna fuck his ass up."

Shelby County Jail records show that this call was made to (901) 644-7423. A search of Memphis Police Department records shows that Memphis Police Department report number 1204018808ME, written on May 1, 2012, indicates that number to belong to DARRIN YOUNG/FLEMING.

That police report involved a traffic stop made by Memphis police officers of YOUNG/FLEMING. YOUNG/FLEMING initially advised officers at that time that he did not need a Tennessee identification and that his name was Unas Sebhet Re El. Tabitha Gentry, who also identified herself at the time as Al Cora Bay, was the passenger in that vehicle. She also claimed to be "indigenous." Gentry became disorderly, was taken into custody and was charged with disorderly conduct on that occasion. YOUNG/FLEMING eventually provided his biographical information and was ticketed.

On July 24, 2013, I spoke to Joyce Evelyn Pegues. Pegues advised that YOUNG/FLEMING had at one time stayed in her home. Pegues advised me that YOUNG/FLEMING was associated with Tabitha Gentry.

A reverse look up of the phone number (901) 644-7423 also shows the number to be issued to DARRIN YOUNG.

For the forgoing reasons, I respectfully request that a complaint and arrest warrant be issued for DARRIN YOUNG, aka DARRIN FLEMING for a violation of 18 U. S. C. § 871.

REGINALD JOHNSON – Affiant
Special Agent, United States Secret Service

Sworn to & subscribed before me this 25th day of July, 2013.

s/Diane K. Vescovo

U.S. Magistrate Judge

3