ERSKINE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>    Plaintiff,                                      )<br>                                                             )<br>v.                                                          )<br>                                                             )<br>DARRIN YOUNG,                                  )<br>    aka "Darrin Fleming",                   )<br>    aka "Unas Sebkhet Re El",             )<br>                                                             )<br>    Defendant.                                  )  | Criminal No.: <u>13-CR-20264-SHM</u><br><br>18 U.S.C. § 871 |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

On or about July 5, 2013, in the Western District of Tennessee, the defendant,

**DARRIN YOUNG**
**aka DARRIN FLEMING**
**aka UNAS SEBKHET RE EL**

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon the President of the United States, specifically, in a recorded conversation, **DARRIN YOUNG, aka DARRIN FLEMING, aka UNAS SEBKHET RE EL**, stated he was going to "burn Barack Obama," "kill Barack Obama," "murk him," and "fuck his ass up," all in violation of Title 18 U.S.C. § 871.

A TRUE BILL:

_____
F O R E P E R S O N

_____
DATED:

_____
EDWARD L. STANTON III
UNITED STATES ATTORNEY