UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**V.**                                                       **NO. 13-20264-SHM**

**DARRIN YOUNG,**

    **Defendant.**

# JUDGMENT

This action came on for trial before the Court and a jury on December 9, 2013, the Honorable Samuel H. Mays, Jr., United States District Judge, presiding;

After due deliberation and consideration of the proof presented, the jury returned a verdict of NOT GUILTY on Count 1 of the Superseding Indictment on December 12, 2013.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Superseding Indictment returned against defendant Darrin Young is hereby dismissed with prejudice.

## APPROVED:

_s/ Samuel H.Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 12, 2013                             THOMAS M. GOULD
DATE                                                   CLERK

                                                                     _s/ Zandra Frazier_
                                                                      (By) DEPUTY CLERK